Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18−30940−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea Lee Mercer
   710 Bluebell Drive
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−1712

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/20/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 21, 2018
JAN: bwj

                                                                                   Jeanne Naughton
                                                                                  Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                       Case No. 18-30940-CMG
Andrea Lee Mercer                                            Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2                  Date Rcvd: Dec 21, 2018
                              Form ID: 148               Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db             +Andrea Lee Mercer,    710 Bluebell Drive,    Jackson, NJ 08527-4113
cr             +Sixty Acre Reserve Condominium Association, Inc.,     c/o McGovern Legal Services, LLC,
                 850 Carolier Lane,    North Brunswick, NJ 08902-3312
517826933      +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
517826938      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
517826939      +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
517826941      +KML Law Group,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517826945     #+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
517826944      +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
517869545       Pinnacle Credit Services, LLC its successors and,     assigns as assignee of CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517826947      +Resurgent Capital Services,    6801 S Cimarron Rd Ste 4,     Las Vegas, NV 89113-2273
517826949     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
517826948      +Sixty Acre Reserve Condominium Assoc,     C/O Cutolo Mandel LLC,    151 Highway 33,    Suite 204,
                 Englishtown, NJ 07726-8635
517905638      +Sixty Acre Reserve Condominium Association, Inc.,     c/o McGovern Legal Services LLC,
                 850 Carolier Lane,    North Brunswick, New Jersey 08902-3312
517826950      +Tate & Kirlin Assoc. Inc.,    580 Middletown Blvd., Suite 240,     Langhorne, PA 19047-1876
517826952      +Traf Group Inc/A-1 Collections,     2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
517826951      +Traf Group Inc/A-1 Collections,     Attn: Bankruptcy,    2297 St Hwy 33 Ste 906,
                 Hamilton Square, NJ 08690-1717
517826954      +Trojan Professional Srvs,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549
517826953      +Trojan Professional Srvs,    Attn: Bankruptcy,    Po Box 1270,    Los Alamitos, CA 90720-1270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2018 01:08:06     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2018 01:08:03     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517826935      +EDI: AAEO.COM Dec 22 2018 05:23:00     Aaron's Sales & Lease,    309 E Paces Ferry,
                 Atlanta, GA 30305-2367
517826934      +EDI: AAEO.COM Dec 22 2018 05:23:00     Aaron's Sales & Lease,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144-3672
517852437      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 22 2018 01:08:42
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,    Miami, FL 33146-1837
517826936      +E-mail/Text: bankruptcy@usecapital.com Dec 22 2018 01:09:45     Capital Accounts,
                 Attn: Bankruptcy Dept,    Po Box 140065,    Nashville, TN 37214-0065
517826937      +E-mail/Text: bankruptcy@usecapital.com Dec 22 2018 01:09:45     Capital Accounts,
                 Po Box 140065,    Nashville, TN 37214-0065
517826940       EDI: IRS.COM Dec 22 2018 05:23:00     Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517826943       E-mail/Text: camanagement@mtb.com Dec 22 2018 01:07:26     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
517826942       E-mail/Text: camanagement@mtb.com Dec 22 2018 01:07:26     M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
517876296       EDI: Q3G.COM Dec 22 2018 05:23:00     Quantum3 Group LLC as agent for,
                 Galaxy International Purchasing LLC,    PO Box 788,   Kirkland, WA 98083-0788
517826946      +EDI: RESURGENT.COM Dec 22 2018 05:23:00     Resurgent Capital Services,    Po Box 10587,
                 Greenville, SC 29603-0587
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 21, 2018
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Marlena S. Diaz-Cobo    on behalf of Creditor   Sixty Acre Reserve Condominium Association, Inc.
               collections@theassociationlawyers.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor  Andrea Lee Mercer bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                     TOTAL: 5
```