Order Filed on June 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Sixty Acre Reserve Condominium
Association, Inc.

| | |
|---|---|
| In Re: | Case No.: 18-30940 |
| ANDREA LEE MERCER | Judge: Christine M. Gravelle |
| | Chapter:      13 |

## CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

The relief set forth on the following pages, numbered one (1) though four (4) is hereby **ORDERED**.

**DATED: June 18, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR SIXTY ACRE RESERVE CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE |
| ANDREA LEE MERCER | CASE NO.:   18-30940-CMG |
| Debtor. | **CONSENT ORDER** |

### CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Sixty Acre Reserve Condominium Association, Inc. (the "Association"), by way of a Motion for Stay Relief and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the Debtor is indebted to the Association in the amount of $2,669.00 in post-petition maintenance fees, late fees and attorneys' fees related to the Association's attempts to collect unpaid post-petition fees through June 17, 2019 (the "Total Due"). The Total Due is detailed below:

| | |
|---|---|
| Maintenance Fees: | $1,716.00 |
| Late Fees: | $45.00 |
| Legal (work related to post-petition default through 06/17/19): | $908.00 |
| Total: | $2,669.00 |

2

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor hereby acknowledges and agrees to pay the Total Due to the Association by <u>certified check</u> made payable to Sixty Acre Reserve Condominium Association, Inc. and received by McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902 on the following schedule:

$440.00 on or before June 28, 2019; and

$220.00 on or before July 1, 2019; and

$220.00 on or before August 1, 2019; and

$220.00 on or before September 1, 2019; and

$220.00 on or before October 1, 2019; and

$220.00 on or before November 1, 2019; and

$221.00 on or before December 1, 2019; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Association shall be paid a secured claim in the amount of $908.00 through the Debtor's Plan to satisfy the remaining balance of the Total Due.

**IT IS FURTHER ORDRED, ADJUDGED AND DECREED THAT** the Debtor shall maintain her post-petition assessments and other post-petition obligations as they become due and owing to the Association commencing on July 1, 2019; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Association may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this order.  At the time the Certification is filed

3

with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's

attorney.

**WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:**

McGovern Legal Services, LLC
Attorneys for Sixty Acre Reserve Condominium Association, Inc.

_____          _____
MARLENA S. DIAZ-COBO, ESQ.               DATE    6/18/19


_____          _____
WILLIAM H. OLIVER, JR., ESQ.             DATE
Attorney for Debtor

4