UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

**Order Filed on June 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANDREA MERCER

            Debtor

Case No.: 18-30940

Adv. No.:

Hearing Date: June 19, 2019 @ 9am

Judge: Christine M. Gravelle

## ORDER ALLOWING LATE FILED PROOF OF CLAIM #7
## FILED ON BEHALF OF M & T BANK
## TO BE PAID BY THE TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 20, 2019**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

Debtor:     ANDREA MERCER
Case No:    18-30940(CMG)

Caption of Order: ORDER ALLOWING LATE PROOF OF CLAIM #7 FILED ON BEHALF OF M & T BANK TO BE PAID BY THE TRUSTEE

(Page 2)

**THIS MATTER**, having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order Allowing Late Proof of Claim #7 filed on behalf of M & T Bank to be paid by the Trustee, and the Court having considered the papers submitted and any objections, and for good cause appearing,

**ORDERED** that the Trustee having determined that the late proof of claim #7 of M & T Bank filed on May 3, 2019 is pre-petition debit; and

**IT IS FURTHER ORDERED** that the trustee is hereby authorized to pay the late filed claim #7 of M & T Bank in the total amount of $20,000.00 as the claim was included in the Chapter 13 plan; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all interested parties within    5    days of the date hereof.