UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

Order Filed on June 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANDREA MERCER

                Debtor

Case No.: 18-30940

Adv. No.:

Hearing Date: June 19, 2019 @ 9am

Judge: Christine M. Gravelle

## ORDER ALLOWING LATE FILED PROOF OF CLAIM #7
## FILED ON BEHALF OF M & T BANK
## TO BE PAID BY THE TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 20, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:   ANDREA MERCER
Case No:  18-30940(CMG)
Caption of Order: ORDER ALLOWING LATE PROOF OF CLAIM #7 FILED ON BEHALF OF M & T BANK TO BE PAID BY THE TRUSTEE
(Page 2)

**THIS MATTER**, having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order Allowing Late Proof of Claim #7 filed on behalf of M & T Bank to be paid by the Trustee, and the Court having considered the papers submitted and any objections, and for good cause appearing,

**ORDERED** that the Trustee having determined that the late proof of claim #7 of M & T Bank filed on May 3, 2019 is pre-petition debit; and

**IT IS FURTHER ORDERED** that the trustee is hereby authorized to pay the late filed claim #7 of M & T Bank in the total amount of $20,000.00 as the claim was included in the Chapter 13 plan; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all interested parties within   5   days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Andrea Lee Mercer  
    Debtor

Case No. 18-30940-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 21, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.  
db         +Andrea Lee Mercer,    710 Bluebell Drive,    Jackson, NJ 08527-4113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:  
       Albert Russo    docs@russotrustee.com  
       Marlena S. Diaz-Cobo    on behalf of Creditor    Sixty Acre Reserve Condominium Association, Inc. collections@theassociationlawyers.com  
       Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William H. Oliver, Jr.    on behalf of Debtor Andrea Lee Mercer bkwoliver@aol.com, R59915@notify.bestcase.com  
       TOTAL: 5