Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–30940–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea Lee Mercer
   710 Bluebell Drive
   Jackson, NJ 08527

Social Security No.:
   xxx–xx–1712

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/21/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 21, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-30940-CMG
Andrea Lee Mercer                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 2        Date Rcvd: Nov 21, 2019
                           Form ID: 148           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2019.
db            +Andrea Lee Mercer,    710 Bluebell Drive,    Jackson, NJ 08527-4113
cr            +Sixty Acre Reserve Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,
               850 Carolier Lane,    North Brunswick, NJ 08902-3312
517826933     +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
517826938     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
517826939     +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
517826941     +KML Law Group,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517826944     +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
517826947     +Resurgent Capital Services,    6801 S Cimarron Rd Ste 4,    Las Vegas, NV 89113-2273
518173773     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
               Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517826948     +Sixty Acre Reserve Condominium Assoc,    C/O Cutolo Mandel LLC,    151 Highway 33,    Suite 204,
               Englishtown, NJ 07726-8635
517905638     +Sixty Acre Reserve Condominium Association, Inc.,    c/o McGovern Legal Services LLC,
               850 Carolier Lane,    North Brunswick, New Jersey 08902-3312
517826950     +Tate & Kirlin Assoc. Inc.,    580 Middletown Blvd., Suite 240,    Langhorne, PA 19047-1876
517826952     +Traf Group Inc/A-1 Collections,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
517826951     +Traf Group Inc/A-1 Collections,    Attn: Bankruptcy,    2297 St Hwy 33 Ste 906,
               Hamilton Square, NJ 08690-1717
517826954     +Trojan Professional Srvs,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549
517826953     +Trojan Professional Srvs,    Attn: Bankruptcy,    Po Box 1270,    Los Alamitos, CA 90720-1270
518144704      U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
               Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2019 00:29:27     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2019 00:29:25     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517826935     +EDI: AAEO.COM Nov 22 2019 04:58:00      Aaron's Sales & Lease,    309 E Paces Ferry,
               Atlanta, GA 30305-2367
517826934     +EDI: AAEO.COM Nov 22 2019 04:58:00      Aaron's Sales & Lease,    1015 Cobb Place Blvd Nw,
               Kennesaw, GA 30144-3672
517852437     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 22 2019 00:29:59
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,    Miami, FL 33146-1837
518464565     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 22 2019 00:29:59
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd,    5th Floor, BK Dept,
               Coral Gables, FL 33146-1837
517941828      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 00:42:30      CACH, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517826936     +E-mail/Text: bankruptcy@usecapital.com Nov 22 2019 00:30:33      Capital Accounts,
               Attn: Bankruptcy Dept,    Po Box 140065,    Nashville, TN 37214-0065
517826937     +E-mail/Text: bankruptcy@usecapital.com Nov 22 2019 00:30:33      Capital Accounts,
               Po Box 140065,    Nashville, TN 37214-0065
517826940      EDI: IRS.COM Nov 22 2019 04:58:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
517826943      E-mail/Text: camanagement@mtb.com Nov 22 2019 00:29:04      M & T Bank,    1 Fountain Plz,
               Buffalo, NY 14203
517826942      E-mail/Text: camanagement@mtb.com Nov 22 2019 00:29:04      M & T Bank,    Attn: Bankruptcy,
               Po Box 844,    Buffalo, NY 14240
517869545      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 00:42:28
               Pinnacle Credit Services, LLC its successors and,    assigns as assignee of CACH, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517876296      EDI: Q3G.COM Nov 22 2019 04:58:00      Quantum3 Group LLC as agent for,
               Galaxy International Purchasing LLC,    PO Box 788,    Kirkland, WA  98083-0788
517826946     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 00:42:24
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                      TOTAL: 15

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517826949*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
               P.O. Box 245,    Trenton, NJ 08695-0245)
517826945     ##+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                       TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin           Page 2 of 2          Date Rcvd: Nov 21, 2019
                              Form ID: 148           Total Noticed: 32
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2019 at the address(es) listed below:
```
          Albert  Russo   docs@russotrustee.com
          Marlena S. Diaz-Cobo   on behalf of Creditor    Sixty Acre Reserve Condominium Association, Inc.
           collections@theassociationlawyers.com
          Rebecca Ann Solarz   on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Andrea Lee Mercer bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                        TOTAL: 5
```